Naranjibhai PATEL; Ramilaben Patel, Plaintiffs–Appellants,

v.

CITY OF LOS ANGELES, a municipal corporation, Defendant–Appellee.

No. 08–56567.

United States Court of Appeals, Ninth Circuit.

Feb. 13, 2013.

Frank Alan Weiser, Esquire, Independent Counsel, Law Offices of Frank A. Weiser, Los Angeles, CA, for Plaintiffs–Appellants.

Todd Leung, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendant–Appellee.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.